U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JUL 0 6 2017
CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**INDICTMENT FOR POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, COCAINE, OXYCODONE, AND ALPRAZOLAM; POSSESSION OF A FIREARM BY A CONVICTED FELON; AND FORFEITURE ALLEGATION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL NO. 17-87-SDD-RLB |
| | : | |
| *versus* | : | 21 U.S.C. § 841(a)(1) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(d) |
| ANTHONY WEATHERSPOON, a.k.a. | : | 28 U.S.C. § 2461(c) |
| Anthony Chadwick Weatherspoon | : | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 12, 2017, in the Middle District of Louisiana, **ANTHONY WEATHERSPOON, a.k.a. Anthony Chadwick Weatherspoon,** defendant herein, knowingly and intentionally did possess with the intent to distribute marijuana, a Schedule I controlled substance, cocaine and oxycodone, Schedule II controlled substances, and alprazolam, also known as "Xanax," a Schedule IV controlled substance.

The above are violations of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about April 12, 2017, in the Middle District of Louisiana, **ANTHONY WEATHERSPOON, a.k.a. Anthony Chadwick Weatherspoon**, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess a firearm, that is, a Glock, Model 19, 9mm caliber pistol, bearing serial

M. Jefferson
USM - Certified

number BBHT619, which firearm previously had been shipped and transported in foreign and interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in this Indictment, the defendant, **ANTHONY WEATHERSPOON, a.k.a. Anthony Chadwick Weatherspoon**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of the offense, including, but not limited to, a Glock, Model 19, 9mm caliber pistol, bearing serial number BBHT619.

UNITED STATES OF AMERICA, BY

COREY R. AMUNDSON
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

MICHAEL J. JEFFERSON
ASSISTANT UNITED STATES ATTORNEY

**A TRUE BILL**

**REDACTED PER PRIVACY ACT**

GRAND JURY FOREPERSON

06-July-2017
DATE

**Criminal Cover Sheet** **U.S. District Court**

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

**Matter to be sealed:** ____ No _X_ Yes

**Related Case Information:**

Superseding Indictment ____ Docket Number ____
Same Defendant ____ New Defendant X
Magistrate Case Number ____
Search Warrant Case No. ____
R 20/ R 40 from District of ____
**Any Other Related Cases:** ____

**Defendant Information:**

Defendant Name: Anthony Chadwick Weatherspoon
Alias:
Address:
Birthdate: SS #: Sex: Male Race: Black Nationality:

**U.S. Attorney Information:**

AUSA: Michael J. Jefferson Bar #: 22430

**Interpreter:** _X_ No __ Yes **List language and/or dialect:**

**Location Status:**

Arrest Date ____

____ Already in Federal Custody as of
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** | **Petty/ Misdemeanor/ Felony** |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute marijuana, cocaine, oxycodone, and alprazolam | 1 | Felony |
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon | 2 | Felony |

(May be continued on second sheet)

**Date:** July 6, 2017 **Signature of AUSA:** Michael J. Jefferson

**District Court Case Number (To be filled in by deputy clerk):** ____